IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISON

| | |
|---|---|
| In Re: | **Bankruptcy No. 18-02048 lmj13** <br> **Chapter 13** |
| WILLARD KAMBERG | **CONSENT ORDER RE: OBJECTION TO PLAN** <br> *Date entered on docket:* <br> **November 19, 2018** |
| **Debtor** | |

This matter comes before the Court on the Trustee's Objection to the Chapter 13 Plan filed by the Debtor on or about September 15, 2018. The parties have reached an agreement regarding the pending Objection. The Debtor proposes that the plan be modified to state that after the expiration of the Bar date for filing claims, in the event the proposed plan payments are insufficient to satisfy all claims in full, the Debtor agrees to permit the Trustee to file an amendment to the Plan, increasing the plan payment amount as is necessary to satisfy all claims in full.

The Court, having considered the agreement of the parties, FINDS that the Debtor's Chapter 13 Plan should be confirmed after the entry of this Order.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Debtor's plan shall be modified as set forth above.

With the above agreement the Trustee withdraws her Objection to confirmation. This Order shall constitute an Order confirming the Debtors' Chapter 13 Plan as amended by the terms of this Order.

/s/ **Lee M. Jackwig**
Lee M. Jackwig
~~Chief~~ U.S. Bankruptcy Judge

lmj

Approved as to form and content:

/s/Elizabeth E. Goodman
Elizabeth E. Goodman
ATTORNEY FOR CH. 13 TRUSTEE

Order prepared by Nancy L. Thompson

/s/ Willard Kamberg
Willard Kamberg

Parties receiving this Order from the Clerk of Court:
Electronic Filers in this Chapter Case